IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM AUGUSTUS PERRY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 4:24-CV-150-FL |
| US FEDERAL DRUG | ) | |
| ADMINISTRATION, APRIA HEALTH | ) | |
| CARE/APRIA HEALTH GROUP, | ) | |
| RESMED, and FISHER PAYKEL, | ) | |
| | ) | |
| Defendants. | ) | |

- - - - -

| | | |
|---|---|---|
| WILLIAM AUGUSTUS PERRY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:24-CV-151-FL |
| | ) | |
| US DEPT OF DEFENSE and US NAVY, | ) | |
| | ) | |
| Defendants. | ) | |

- - - - -

| | | |
|---|---|---|
| WILLIAM AUGUSTUS PERRY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| US DEPT. OF VETERANS AFFAIRS, | ) | NO. 4:24-CV-152-FL |
| SEC. OF THE VA, VA MEDICAL, VA | ) | |
| BENEFITS/COMPENSATION/PENSION, | ) | |
| VA BOARD OF VETERANS APPEAL, | ) | |
| and VA INSURANCE SERVICE | ) | |
| DISABLED VETERANS INSURANCE, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

These three matters commenced by the same pro se plaintiff are before the court on plaintiff's motions to proceed in forma pauperis in each case, and for review pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Kimberly A. Swank entered memoranda and recommendations ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiff's motions be denied and that the clerk be directed to close the case unless plaintiff pays the requisite filing fee. Plaintiff thereafter paid the filing fee in each case. Therefore, the court adopts the M&Rs, and plaintiff's motions to proceed in forma pauperis are DENIED. Where plaintiff has paid the filing fees and has filed proposed summonses, the clerk is DIRECTED to proceed in each case accordance with Rule 4 to determine first if the proposed summonses are "properly completed." Fed. R. Civ. P. 4(b).

SO ORDERED, this the 10th day of December, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge