# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

Eastern Division



FILED

JUN 25 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

WILLIAM AUGUSTUS PERRY, JR,

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

SEE ATTACHED

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.    5:24-CV-150-FL

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No
ONLY IF REQUIRED

EXTENDED COMPLAINT
AS ORDERED BY THIS COURT

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | WILLIAM AUGUSTUS PERRY, JR. |
| Street Address | 492 BAYWOOD DRIVE |
| City and County | WINTERVILLE, PITT CO. |
| State and Zip Code | NC 28590 |
| Telephone Number | 336-264-5621 |
| E-mail Address | WAACES61@YAHOO.COM |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

Name  US FEDERAL FOOD AND DRUG ADMINISTRATION

Job or Title (if known)

Street Address  10903 NEW HAMPSHIRE AVE

City and County  SILVER SPRINGS

State and Zip Code  MARYLAND  20903

Telephone Number

E-mail Address (if known)

Defendant No. 2

Name  RESMED INC

Job or Title (if known)

Street Address  9001 SPECTRUM CENTER BOULEVARD

City and County  SAN DIEGO

State and Zip Code  CALIFORNIA  92123 - 1438

Telephone Number

E-mail Address (if known)

Defendant No. 3

Name  FISHER + PAYKEL HEALTHCARE LLC

Job or Title (if known)

Street Address  17400 LUGUNA CANYON ROAD

City and County  SUITE 300 IRVINE

State and Zip Code  CA  92618

Telephone Number

E-mail Address (if known)

Defendant No. 4

Name  APRIA HEALTHCARE LLC

Job or Title (if known)

Street Address  7353 COMPANY DRIVE

City and County  INDIANAPOLIS

State and Zip Code  INDIANA  46237

Telephone Number

E-mail Address (if known)

Defendant No. ~~X~~ 5

    Name               RESMED  PTY  LTD

    Job or Title *(if known)*

    Street Address      1 ELIZABETH MACARTHUR DRIVE

    City and County     BELLE VISTA NSW 2153

    State and Zip Code   AUSTRALIA

    Telephone Number

    E-mail Address *(if known)*

Defendant No. ~~2~~ 6

    Name               RESMED HOLDINGS PTY LTD

    Job or Title *(if known)*

    Street Address      1 ELIZABETH MACARTHUR DRIVE

    City and County     BELLE VISTA  NSW 2153

    State and Zip Code   AUSTRALIA

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Case 4:24-cv-00150-FL    Document 79    Filed 06/25/25    Page 3 of 24

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FEDERAL AGENCY INVOLVED
US FEDERAL FOOD AND DRUG ADMINISTRATION

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)                                    N/A

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation          N/A

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)                               N/A

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Case 4:24-cv-00150-FL     Document 79     Filed 06/25/25     Page 4 of 24

    b.     If the defendant is a corporation     *N/A*

          The defendant, *(name)* _____ , is incorporated under

          the laws of the State of *(name)* _____ , and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy     *N/A*

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED DOCUMENT

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHED DOCUMENT

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  JUNE 25, 2025

Signature of Plaintiff  *William Augustus Perry Jr.*

Printed Name of Plaintiff  WILLIAM AUGUSTUS PERRY, JR,

### B.  For Attorneys

Date of signing:

Signature of Attorney  N/A

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-CV-150-FL

WILLIAM AUGUSTUS PERRY, JR.
PLAINTIFF

V.

UNITED STATES FEDERAL FOOD AND
DRUG ADMINISTRATION, RESMED
INC AND ITS SUBSIDIARIES
RESMED HOLDINGS PTY Ltd AND
RES MED PTY LTD, FISHER +
PAYKEL HEALTHCARE LLC, APRIA
HEALTHCARE LLC
        DEFENDANTS

EXTENDED COMPLAINT
FOR A CIVIL ACTION
CASE PER ORDER,
DOCUMENT # 77
BY THIS COURT
ORDERED MAY 22,
2025.

PLAINTIFF, WILLIAM AUGUSTUS PERRY, JR NOW COMES
BEFORE THIS COURT AND FILES EXTENDED COMPLAINT
AND SUMMONS AS ORDERED BY THIS COURT.

1. THE PLAINTIFF, THE PATIENT PLACES THREE (3) COMPLAINTS
OF PRODUCT LIABILITY CONCERNING THREE (3) RESPIR-
ATORY VENTILATOR FACE MASK / HEAD GEAR SYSTEMS.
THE PLAINTIFF'S COMPLAINT CONSISTS OF UN-SAFE /
DANGEROUS FACE MASK / HEAD GEAR SYSTEMS WITH A
VERY HIGH RISK FOR DEATH TO PATIENTS. THE
PLAINTIFF, THE PATIENT NEARLY DIED ON THREE
OCCASIONS FROM CHOKING / SWALLOWING UN-SECURED
MAGNETS AND SMALL CLIPS THAT COME LOOSE
FROM FACE MASK / HEAD GEAR SYSTEMS, FROM BOTH
SIDES OF THE MOUTH DURING NORMAL USE.

2. THE FACE MASK / HEAD GEAR RESPIRATORY SYSTEMS

ARE IDENTIFIED AS FOLLOWS.

(2)

A. RESMED AIR FIT F-20 FACE MASK/HEADGEAR SYSTEM WITH MAGNETS

B. RESMED AIR FIT F-20 FACE MASK/HEAD GEAR SYSTEM WITHOUT MAGNET BUT WITH PLASTIC CLIPS

C. FISHER + PAYKEL HEALTHCARE VITERA FULL FACE MASK/HEAD GEAR SYSTEM CODE VITILA, CODE 400VITIZZ

3. ALL THREE SYSTEMS WERE DESIGNED, MANUFACTURED, CERTIFIED/RELEASED FOR PUBLIC USE IN A MEDICAL SETTING, MARKETED, DISTRIBUTED FOR PUBLIC USE IN A MEDICAL SETTING

4. RESMED AIRFIT F-20 FACE MASK/HEADGEAR SYSTEM WITH MAGNETS, I USED BEGINNING IN LATE 2022 TO VERY EARLY 2023. I WAS AWAKEN DURING NORMAL USE OF SYSTEM, WHICH ON A NUMBER OF OCCASIONS FOUND MAGNETS ON MY PILLOW/BED BUT ON TWO (2) OCCASIONS I WAS AWAKENED CHOKING TO NEARLY DEATH WITH MAGNETS IN MY MOUTH/WINDPIPE. THERE WERE NO WARNINGS

5. RESMED AIRFIT F-20 FACE MASK/HEADGEAR SYSTEM WITH MAGNETS ALSO GENERATED A MAGNETIC FIELD THAT INTERFEARED WITH OPERATION OF MY MEDTROTICS NEUROLOGICAL PAIN STIMULATOR. MEDTRONICS INSTRUCTED ME TO NOT USE MASK/HEAD GEAR SYSTEM. THERE WERE NO WARNINGS AND THIS WAS A DANGEROUS MEDICAL SITUATION.

6. RESMED INC FINALLY PUT OUT A WARNING ON THE MAGNETS GENERATING A MAGNETIC FIELD. HOWEVER MAGNET USE WAS NOT STOPPED AND RESMED INC

PLACED BURDEN OF CONTROLLING MAGNETIC FIELD(S) ON THE USER/PATIENT. THIS WAS A UNSATISFACTORY WARNING AND WITHOUT RESOLUTION. SYSTEM STILL ON MARKET FOR USE AND INTERFEARANCE TO OTHER MEDICAL SYSTEMS STILL IMPACTED LEAVING THE PATIENT/USER TO CONTROL THE SITUATION. MEDICAL PATIENTS IN CONTROL OF DANGEROUS MEDICAL CRISIS. RESMED INC NOR FDA TOOK CONTROL OF ISSUE AND ONGOING. THIS IS UNSATISFACTORY. NOV 20, 2023 WAS RECALL ON MAGNETS MAGNETIC FIELD PROBLEM WITH WARNING

6. I HAD TO GO WITHOUT MY VENTILATOR AND MY PAIN STIMULATOR, IT PUT ME IN A MEDICAL CRISIS I WENT WITHOUT FOR MONTHS AND MONTHS WITHOUT CAUSING MY MEDICAL CONDITIONS TO WORSEN I HAVE LUNG FAILURE AND IT BECAME TERMINAL AND I HAVE MAJOR DISABLING PAIN FROM HEAD TO TOES.

7. ON THE RESMED AIR FIT F-20 FACE MASK/HEADGEAR SYSTEM WITH MAGNETS, MAGNETS WERE USED TO SECURE TIE DOWN VELCO STRAPS TO SECURE MASK TO FACE/HEAD. HOWEVER, FROM NORMAL USE VELCO BECOMES WEAKENED/STRETCHED AND THUS ALLOWS MAGNETS TO COME LOOSE AND OFF MASK SYSTEM FROM BOTH SIDES OF MOUTH.

8. DUE TO RESMED INC, FEDERAL FOOD AND DRUG ADMINISTRATION AND APRIA HEALTHCARE LLC FAILURE TO CARRY OUT THEIR DUTY AND RESPONSIBILTY TO PROVIDE SAFE RESPIRATORY DEVICES I NEARLY DIED TWICE. PATIENT ABUSE OCCURRED, COMPANY AGENCY MALPRACTICE, LIABILITY, NEGLIGENCE TOOK PLACE GREATLY IMPACTED THE PATIENT,

9. GROSS SAFETY VIOLATIONS OCCURRED AND ARE ON GOING. NO ACTION HAS BEEN TAKEN BY RESMED INC, FEDERAL FOOD AND DRUG ADMINISTRATION, OR APRIA HEALTHCARE LLC

10. COMMON KNOWLEDGE VIOLATIONS PERMITTING MAGNETS TO GENERATE MAGNETIC FIELD WITH INTERUPTION OF OTHER MEDICAL EQUIPMENT USE AND ALLOWING SMALL PARTS TO COME FREE ON RESPIRATORY FACE MASK/HEAD GEAR SYSTEMS IS TOTALLY UNSATISFACTORY. IT IS BASIC SAFETY 101 VIOLATIONS AND NEVER SHOULD HAVE BEEN PERMITED. THE PLAINTIFF COMPLAINT INCLUDES PRODUCT LIABILITY, MANAGEMENT/COMPANY/ AGENCY LIABILITY, PATIENT ABUSE, MANAGEMENT/ COMPANY/AGENCY MALPRACTICE, MANAGEMENT/COMPANY /AGENCY NEGLIGENCE, AND MEDICAL ABUSE BY APRIA HEALTHCARE LLC, RESMED INC AND ITS SUBSIDIARIES RESMED HOLDINGS PTY LTD AND RESMED PTY LTD, AND THE US FOOD AND DRUG ADMINISTRATION,

11. THEN IN LATE 2023 (APPROX NOV) APRIA HEALTHCARE LLC ISSUED ME FISHER + PAYKEL VITERA FACE MASK/HEAD GEAR SYSTEM, HOWEVER, I USED THIS SYSTEM BUT IT ALSO WAS MAJOR DANGEROUS AND UNSAFE. AGAIN THE VELCO STRAPPING WOULD COME LOOSE FROM NORMAL USE AND THE PLASTIC CLIPS WOULD COME LOOSE, FREE FROM SYSTEM, I WOULD FIND CLIPS IN MY BED, ON MY PILLOW AND ON ONE (1) OCCASION I NEARLY DIED AGAIN, THE CLIPS WOULD COME LOOSE AND FREE AND I HAD CLIP IN MOUTH/WINDPIPE AND NEARLY CHOKED TO DEATH AWAKENING FROM SLEEP.

12. IT MUST BE NOTED THAT WHEN ~~WITH~~ VELCO COMES LOOSE

THE FACE MASK OVER MOUTH COMES LOOSE EXPOSING THE MOUTH THUS ALLOWING MAGNETS / CLIPS TO ENTER MOUTH, THE MAGNETS AS WITH RESMED F-20 MASK AND CLIPS WITH FISHER PAYKEL VITERA MASK SYSTEM, WHICH ARE ON BOTH SIDES OF MOUTH AND COME OFF STRAPS AND FACE MASK.

13. AGAIN, THIS IS A BASIC 101 SAFETY VIOLATION THAT IS DANGEROUS AND CAN CAUSE DEATH NOW, I HAVE NEARLY DIED ON (3) THREE OCCASIONS WITH THE RESMED F-20 MASK SYSTEM AND THE FISHER PAYKEL VITERA MASK SYSTEM

14. NOW A REPEAT OF NEAR DEATH AND HAVE NO RESPIRATORY MASK FOR MY VENTILATOR

15. ON ALL THREE (3) OCCASIONS I REPORTED SAFETY CONCERNS AND MY NEAR DEATH TO APRIA HEALTHCARE LLC GREENVILLE, NC RESPIRAT-ORY CARE TEAM AND APRIA HEALTHCARE LLC MANGER IN GREENVILLE, NC. I ALSO REPORTED TO THE FEDERAL FOOD AND DRUG ADMINISTRATION IN CHARLOTTE, NC ABOUT THE MAGNETS ISSUES AND THE CLIP ISSUES ON BOTH RESMED F-20 MASK AND FISHER PAYKEL MASK SYSTEM, MY NEAR DEATH AND HAVING TO GO WITHOUT RESPIRATORY SYSTEM DUE TO NO MASK THAT WAS SAFE AND HAVING TO GO WITHOUT MY PAIN STIMULATOR

16. THERE WAS NO URGENCY BY APRIA HEALTH CARE LLC TO LOCATE ME A SAFE MASK. I WENT MONTHS AND MONTHS WITHOUT A MASK AND APRIA HEALTH CARE NEVER CHECKED ON MY

(6)

MEDICAL CONDITIONS OR MY LUNG FAILURE. IN 2023 I WAS DIAGNOISED BY ECU PULMONARY WITH CHRONIC PROGRESSIVE LUNG FAILURE IN TERMINAL STATIS. APRIA HEALTHCARE FAILED TO COME TO MY HOUSE AND CHECK ON ME.

17. APRIA HEALTHCARE LLC EVEN LET MY VENTRATOR MAINTENACE TO GO EXPIRED FOR OVER SIY (6) MONTHS BUT TOLD ME TO USE IT IN A UN- ~~MAINTIANED~~ MAINTAINED STATIS. UNSATISFORY

18. IN JULY 2024 APRIA HEALTHCARE CAME TO MY HOME AND ISSUED ME A THIRD (3rd) FACE MASK SYSTEM – THE RESMED AIR FIT F-20 FACEMASK AND HEADGEAR SYSTEM WITH PLASTIC CLIPS.

AGAIN, A THIRD MASK SYSTEM THAT WAS UN- SAFE AND DANGEROUS. THE CLIPS WOULD COME OFF EASILY DURING NORMAL USE. THEY ISSUED IT TO ME BUT I REFUSED TO WEAR. I DID NOT WANT TO RISK DEATH OR NEAR DEATH AGAIN.

19. APRIA HEALTHCARE NEVER SAW MY CONCERNS AND SAID ALL MASK SYSTEMS WE HAVE OR CAN GET HAVE SMALL PARTS (UN-SECURED) BUT NEVER TOOK MY NEAR DEATH (3) THREE TIMES AS A CONCERN NOR MY MEDICAL CONDITION THEY NEVER MADE AN EFFORT TO RESOLVE MY MEDICAL CRISIS.

20. AGAIN WITH THE FISHER + PAYKEL MASK SYSTEM THERE WAS COMPLAINT OF PRODUCT LIABILITY, COMPANY/MANAGEMENT/AGENCY PATIENT ABUSE, COMPANY/MANAGEMENT/AGENCY LIABILITY, COMPANY/MANAGEMENT/AGENCY MALPRACTICE, COMPANY/MANAGEMENT/AGENCY NEGLIGENCE, COMPANY/MANAGEMENT/AGENCY MEDICAL ABUSE.

①

21. I FILED, BY PHONE, A COMPLAINT TO THE FEDERAL FOOD AND DRUG ADMINISTRATION IN CHARLOTTE, NC ABOUT ALL THREE RESPIRATORY MASK SYSTEMS AND WAS TOLD SOMEONE WOULD BE BACK IN COMMUNICATION WITH ME. I NEVER HEARD ANOTHER WORD ABOUT MY COMPLAINT OF UNSAFE AND DANGEROUS AND DEADLY. I CALLED BACK A NUMBER OF TIMES BUT COULD NEVER GET A RESPONSE.

22. I COMPLAINED TO APRIA HEALTHCARE LLC IN GREENVILLE, NC ABOUT MY SITUATION AND WAS PROMISED BY MANAGER THAT SHE WOULD RESOLVE THE ISSUE BUT NEVER HEARD ANOTHER WORD,

23. THE URGENCY BY ALL DEFENDANTS CONCERNED WAS NOT PRESENT AND NO COMMUNICATION BACK OR RESPONSE TO ANYTHING.

24. AGAIN, WITH THE RESMED F-20 MASK SYSTEM WITH CLIPS I AGAIN FILE A COMPLAINT OF PRODUCT LIABILITY, COMPANY/MANAGEMENT/AGENCY PATIENT ABUSE, COMPANY/MANAGEMENT/AGENCY LIABILITY, COMPANY/MANAGEMENT/AGENCY MAL-PRACTICE, COMPANY/MANAGEMENT/AGENCY NEG-LIGENCE, COMPANY/MANAGEMENT/AGENCY MEDICAL ABUSE.
WITH THIS LEVEL OF SAFETY VIOLATION, PUTTING UNSECURED PARTS ON BOTH SIDES OF THE MOUTH WITH A DEATH RISK, ABUSE, LIABILITY MALPRACTICE NEGLIGENCE AND MEDICAL ABUSE AS WELL AS PRODUCT LIABILITY IS WARRANTED. NO URGENCY, CONCERN OR CORRECTIVE ACTION HAS TAKEN PLACE, THE PRODUCTS REMAIN ON THE MARKET WITH A RISK OF DEATH BY A PATIENT

⑧

25. I WENT FROM LATE 2022 TO LATE 2024 BEFORE I COULD GET A RESPONSE TO MY CONCERN. NEARLY TWO YEARS WITHOUT A MASK SYSTEM THAT WAS SAFE TO USE.
WITH THE HELP BY PHYSICIAN'S EAST PULMONARY A MASK SYSTEM, THE RESMED QUATTRO AIR MASK SYSTEM WAS RECOMMENDED TO APRIA HEALTHCARE LLC. THIS MASK SYSTEM HAD BEEN ON MARKET SINCE 2007 AND HAD ZERO UN-SECURED PARTS WITH RISK OF CHOKING OR DEATH. APRIA HEALTHCARE LLC ONLY STOCKS THE MASK SYSTEMS BY RESMED THAT ARE BEST SELLERS BUT WITH NO CONSIDERATION FOR SAFETY OR PATIENTS LIFE. APRIA HEALTHCARE LLC IS A SELLING PARTNER WITH RESMED INC, SO, THE PLAINTIFF STRONGLY BELIEVES IT IS ABOUT SALES AND NOT PATIENT SAFETY
I WAS ISSUED THE QUATTRO AIR RESMED MASK IN SEPT 2024 BY APRIA HEALTHCARE BASED ON RECOMMENDATION OF PHYSICIAN'S EAST PULMONARY IN GREENVILLE, N C, NO URGENCY BY APRIA HEALTHCARE LLC AND WITHOUT PROPER MEDICAL CARE FOR 2 YEARS (2022-2024).

26. SINCE SEPT 2024, NOW JUNE 2025 APRIA HEALTHCARE BEEN TO MY HOME ONE (1) TIME TO ONLY BRING RESPIRATORY SUPPLIES. NO MEDICAL CARE.

27. IT MUST BE NOTED, THAT APRIA HEALTHCARE LLC NEVER NOTIFIED PHYSICIAN'S EAST PULMONARY OR EVER PLACED A CALL FROM 2022 - 2024 OF MY

(4)

MEDICAL CRISIS. NO DOCTORS WERE NOTIFIED BY THE DEFENDANTS.

28. NO COMMUNICATION BETWEEN APRIA HEALTHCARE LLC, RESMED INC, FISHER + PAYKEL HEALTHCARE LLC OR US FEDERAL FOOD AND DRUG ADMINISTRATION FROM 2022 - 2025 CONCERNING MY SITUATION. THIS SPEAKS FOR ITSELF.

29. NO ACTION BY DEFENDANTS CONCERNING MY SITUATION. EVEN THE RECALL WARNING BY RESMED INC ON MAGNETS (MAGNETIC FIELD) WAS UNSATISFACTORY AND ONLY PLACED BURDEN TO SOLVE ISSUE BY PATIENTS (UNSATISFACTORY)

SAFETY HAS NEVER BEEN A CONCERN.

30. I HAVE MANY DAMAGES FROM THIS MEDICAL CRISIS AND RESPIRATORY FACE MASK CRISIS. PHYSICAL DAMAGES, MENTAL/PSYCHOLOGIC DAMAGES ETC. I EXPERIENCED THREE (3) VERY TRAUMATIC LIFE THREATING EVENTS.
THE FOLLOWING DAMAGES HAVE OCCURED DURING 2022 - 2024 FROM THIS SITUATION OF TWO YEARS GOING WITHOUT PROPER/SAFE MEDICAL RESPIRATORY FACE MASK SYSTEM, VENTILATOR, PAIN STIMULATOR, PROPER HEALTHCARE AND PROPER MEDICAL CARE BY THE DEFENDANTS:

A. CHRONIC LUNG FAILURE THAT BECAME TERMINAL IN 2023.

B. CHRONIC SHORTNESS OF BREATH MAJOR INCREASE TO MAJOR SHORTNESS OF BREATH.

C. CHRONIC FATIGUE NOW MAJOR FATIGUE

D. LUNGS HAVING TO OVER WORK

E. INCREASED HEART DAMAGE AND VASCULAR

18

DAMAGE,

F. INCREASED BRAIN DAMAGE WITHOUT PROPER VENTILATION

G. IMPACT TO ORGANS DUE TO LACK OF RESPIRATORY FUNCTION

H. INCREASED LACK OF BRAIN FUNCTION AND INCREASED COGNITIVE DAMAGES 20+ COGNITIVE ISSUES

I. INCREASED HEART AND LUNG PAIN

J. INCREASED NEUROLOGICAL DAMAGE AND PAIN

K. INCREASED HEART HYPERTENSION

L. INCREASED LUNG/PULMONARY HYPERTENSION

M. TERMINAL — INCREASED MY RISK FOR DEATH

N. INCREASED MY DEPRESSION DISORDER LEVEL TO MAJOR LEVEL

O. INCREASED MY ANXIETY DISORDER TO MAJOR LEVEL

P. INCREASED EMOTIONAL LEVEL

Q. CREATED PTSD FROM TRAUMATIC EVENTS OF NEARLY DYING

R. INCREASED MY DIZZINESS AND HEADACHES

S. CAUSED PANIC DISORDER

T. LUNG COLLASPE PERMANENT NON FIXABLE,

U. BRAIN / HEART ANEURSYM (BOTH)

V. MAJOR WEAKNESS

W. BED RIDDEN      X. OXYGEN DEFICIENCY AND DEPRIVED OF OXYGEN,

(10A.)

IN 2022 NOVEMBER WHEN ECU PULMONARY PUT SUBSCRIPTION IN TO APRIA HEALTHCARE LLC. APRIA HEALTHCARE LLC WAS TO MONITOR MY OXYGEN INTAKE, APRIA HEALTHCARE LLC FAILED TO DO SO. IN JUNE 2025 I REMINDED ECU PULMONARY THAT I HAD NOT BEEN MONITORED/CHECKED FOR OXYGEN INTAKE BY APRIA HEALTHCARE LLC. IN JUNE 2025 I WAS MONITORED AND RESULTS SHOWED I WAS OXYGEN DEFICIENT, SO SINCE NOV 2022 - JUNE 2025 MY OXYGEN INTAKE TO MY ENTIRE BODY HAS BEEN DEFICIENT. THIS IS TOTALLY UNSATISFACTORY. IN JUNE 2025 I AM STILL WAITING TO RECEIVE OXYGEN SUPPLIED TO MY BODY. THE LACK OF PROPER OXYGEN FOR 2 YEARS AND 7 MONTHS HAS GREATLY IMPACTED MY HEALTH. THIS IS UNCALLED FOR. APRIA HEALTHCARE LLC RESPIRATORY MONITORING TEAM NEVER VISITS ME TO MONITOR MY RESPIRATORY HEALTH AND HAS FAILED TO MONITOR MY NEED FOR OXYGEN, CHECK MY OXYGEN INTAKE AND EVEN WHEN ORDERED TO DO SO BY ECU PULMONARY IN 2022, I NEVER RECEIVED OXYGEN FOR 2 YEARS AND 7 MONTHS AND COUNTING. _____ EVALUATION NEVER DONE,

(11)

31. COMPENSATION IS JUSTIFIED AND WARRANTED BASED ON MY DAMAGES WHICH ARE PERMANENT AND EVEN TERMINIAL. RELIEF IS REQUESTED AND WARRANTED NOT ONLY FOR DAMAGES BUT ALSO FOR ABUSE, MALPRACTICE, AND NEGLGENT AND COMPANY/MANAGEMENT/AGENCY ABUSE LIABILITY, MALPRACTICE, NEGLIGENCE AND MEDICAL ABUSE AND LACK OF HEALTH CARE IN THE FOLLOWING AMOUNTS PER DEFENDANT:

$ 35,000,000.00     US FEDERAL FOOD AND DRUG ADMINISTRATION

$ 30,000,000.00     RESMED INC AND NAMED SUBSIDIARIES

$ 20,000,000.00     FISHER + PAYKEL HEALTH CARE LLC

$ 20,000,000.00     APRIA HEALTHCARE LLC
_____
$ 105,000,000.00     TOTAL RELIEF REQUESTED

THIS HAS BEEN ADJUSTED DUE TO MY WORSENING DAMAGES AND UNSATISFACTORY 501(K) PROCESS RECENTLY DISCOVERED THRU RESEARCH WHICH PREVIOUSLY EXISTED, NOTHING ADDED NEW. I JUST FOUND THE EVIDENCE.

32. THE DESIGN, MAUFACTURE PROCESS FAILED DUE TO SAFETY ISSUES (GROSS) CONCERNING THE WEAKENING STRETCHING VELCO STRAPS THAT ALLOW UNSECURED PARTS (MAGNETS AND CLIPS) TO COME LOOSE AND FREE FROM BOTH SIDES OF THE MOUTH CREATING A DANGEROUS AND DEADLY SITUATION DUE TO FREE PARTS

ENTERING THE MOUTH/WINDPIPE ONCE THE MASK COMES FREE WHEN STRAPS BECOME LOOSE AND UNSECURED PARTS COME FREE OFF STRAPS AND MASK SYSTEM, STRAPS/MAGNETS/CLIPS ON BOTH SIDES OF MOUTH.

THIS HAPPENED TO ME ON THREE OCCASIONS AND CAN HAPPEN TO ANY PATIENT/USER. THIS SITUATION IS A COMMON SENSE SAFETY ISSUE THAT WAS GROSSLY ALLOWED BY ALL EXPERTS AND MANAGEMENT OF EACH DEFENDANT.

33. THESE SAME MASK SYSTEMS HAVE RECEIVED NO SAFETY ACTION DURING THE LIFE OF THE DEVICES AND REMAIN ON THE MARKET.

THIS SHOULD NOT BE ALLOWED EVER AGAIN

34. ALSO THE USE OF MAGNETS GENERATING A MAGNETIC FIELD HAS RECEIVED NO ACTION AND STILL BEING USED ON THE MARKET, RESMED INC PLACED A WARNING DURING A RECALL BUT ONLY PUT BURDEN TO CONTROL MAGNETIC FIELD BY THE PATIENT. THIS IS UNSATISFACTORY, ALL KINDS OF PATIENT MAY BE UNABLE TO CONTROL SITUATION. RESMED INC PASSED THE BUCK TO PATIENT UNTHINKABLE AND THE FEDERAL FOOD AND DRUG ADMINISTRATION WAS BLIND TO IT.

35. WHAT ABOUT IMPACT TO OTHER MEDICAL

(13)

EQUIPMENT - YOU PUT BURDEN ON PATIENT SHAMEFUL, NEGLIGENCE, MALPRACTICE, LIABILITY TOTALLY OFF RESMED INC AND FDA, SHAMEFUL UNTHINKABLE. THEY HAVE THE DUTY AND RESPONSIBILITY NOT PATIENT,

GUIDANCE IN WARNING DOES NOT MATCH USER GUIDANCE MANUAL INSTRUCTIONS,

THIS IS UNSATISFACTORY AND UNTHINKABLE, GROSS NEGLIGENCE AND MALPRACTICE AND PATIENT ABUSE,

36. APRIA HEALTH CARE LLC CONTINUED TO ISSUE UNSAFE AND DANGEROUS RESPIRATORY FACE MASK/ HEAD GEAR SYSTEMS TO THIS PATIENT AFTER BEING TOLD OF THE DANGERS THAT PATIENT EXPERIENCED FROM FIRST DEVICE, TWO ADDITIONAL UNSAFE/DANGEROUS DEVICES WERE ISSUED TO ME, NO CONCERN OR URGENCY OF MEDICAL CRISIS,

37. NO PATIENT'S LIFE SHOULD BE AT RISK FROM NORMAL USE OF A RESPIRATORY FACE MASK SYSTEM. I WAS AT RISK THROUGH OUT MY USE EACH AND EVERY DAY USED,

38. ALL DEFENDANTS FAILED TO PLACE SAFETY OF PATIENT AS HIGHEST PRIORITY. BUT IT WAS THEIR DUTY AND RESPONSIBILITY, I WAS NEVER SAFE DURING MY USE OF THE NAMED RESPIRATORY FACE MASK SYSTEMS FOR MULTIPLE REASONS AS EXPLAINED, THE FACTS OF THIS CASE PROVES MY CASE,

39. ACCOUNTABILITY ALONG WITH DUTY AND RESPONSIBILITY LIES WITH ALL DEFENDANTS AND NO ONE ELSE.

THE DEFENDANTS ARE INTERTWINED IN THE DAY TO DAY OPERATION AND PROCESS OF MEDICAL RESPIRATORY DEVICES DESIGN, MANUFACTURE, CERTIFICATION/RELEASE FOR THE LIFE-CYCLE OF A DEVICE

IT MUST BE NOTED THAT THE 501(k) CERTIFICATION PROCESS FOR THE NAMED DEVICES DID NOT INCLUDE TESTING, EVALUATION OF HEADGEAR, VELCO, STRAPS, MAGNETS, CLIPS, ONLY A MENTION OF HEADGEAR. NO CLINICAL DATA. THE 501(k) PROCESS WAS A FAILURE BUT NEVER REALIZED BY SO CALLED EXPERTS FROM ALL DEFENDANTS. TOTAL PATIENT SAFETY WAS NOT EVEN A PART OF PROCESS. A GROSS FAILURE, MAJOR LIABILITY, MALPRACTICE, NEGLIGENCE RESULTING IN PATIENT ~~ABUSE~~ ABUSE AND DAMAGED FOR REMAINING LIFE

PATIENT NOW TERMINAL.

ALSO PRODUCT LIABILITY.

COMPANY/AGENCY/MANAGEMENT LIABILITY, PATIENT ABUSE, MALPRACTICE, NEGLIGENCE, MEDICAL ABUSE,

THIS FAILURE PUT THE LIFE OF THIS PATIENT

(15)

IN ~~JEP~~ JEOPARDY NEARLY KILLING ME ON THREE OCCASIONS.

40. STRIGENT CONTROLS WERE NOT IN PLACE PRIOR TO RELEASE FOR PUBLIC USE THAT COULD HAVE PREVENTED THIS SITUATION THAT WENT ON FOR TWO YEARS.

41. MAJOR RELIEF IS IN ORDER AND REQUESTED BECAUSE IT IS WARRANTED.

42. NOT ONE CONCERN HAS BEEN ADDRESSED TO ME FROM THE DEFENDANTS, CARE AND SAFETY FOR A PATIENT DOES NOT APPEAR TO BE THE HIGHEST PRIORITY BY THE DEFENDANTS.

43. I REST MY CASE.

THE PLAINTIFF
I, WILLIAM AUGUSTUS PERRY, JR, NOW FILE THIS EXTENDED COMPLAINT TO THIS COURT AND ALL DEFENDANTS AND TO US ATTORNEY GENERAL AND US ATTORNEY EASTERN DISTRICT OF NC, ON JUNE 25TH 2025,

*William Augustus Perry Jr.*

WILLIAM AUGUSTUS PERRY, JR.
492 BAYWOOD DRIVE
WINTERVILLE, NC 28590
PH - 336 - 264 - 5621
EMAIL WAKES61 @ YAHOO.com

SERVED TO :

CLERK'S OFFICE
US DISTRICT COURT
EASTERN DISTRICT OF NC
413 MIDDLE STREET
NEW BERN, NC 28560

US ATTORNEY OFFICE
EASTERN DISTRICT OF NC
150 FAYETTEVILLE STREET
SUITE 2100
RALEIGH, NC 27601
ATTN: DANIEL P, BUBAR
        ACTING US ATTORNEY
        KATHERINE ASARD
        ASST US ATTORNEY

RESMED INC
9001 SPECTRUM CENTER
BOULEVARD
SAN DIEGO, CA 92123-1438

ADAMS AND REESE LLP
1221 MAIN STREET
SUITE 1200
COLUMBIA, SC 29201
ATTN: LYNDEY R.Z. BRYANT

CLARK HILL LLP
505 MONTGOMERY STREET
13TH FLOOR
SAN FRANCISCO, CA 94111
ATTN: DAVID M, PERL
        ROGER G. PERKINS

US FEDERAL FOOD AND DRUG
ADMINISTRATION
10903 NEW HAMPSHIRE AVE
SILVER SPRINGS, MARYLAND
                    20903

FISHER + PAYKEL HEALTHCARE,
INC
17400 LAGUNA CANYON ROAD
SUITE 300
IRVINE, CA. 92618

APRIA HEALTHCARE LLC
7353 COMPANY DRIVE
INDIANAPOLIS, INDIANA
                    46237

MICHAEL S, ROTHROCK
WILSON, ELSER MOSKOWITZ,
EDELMAN AND DICKER LLP
150 FAYETTEVILLE STREET
SUITE 300
RALEIGH, NC 27601

LUKE P. SBARRA
HENDRICK, GARDNER, KINCHELOE,
AND GAROFALD LLP
4201 CONGRESS STREET
SUITE 300
CHARLOTTE, NC 28209

RESMED PTY LTD
1 ELIZABETH MACARTHUR DRIVE
BELLE VISTA NSW 2153
AUSTRALLIA

PAMELA BONDI
US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530

RESMED HOLDINGS PTY LTD
1 ELIZABETH MACARTHUR DRIVE
BELLE VISTA NSW 2153
AUSTRALIA